**11 CV 6831**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____*Dawer Norman*_____

Part A + B

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____*Care Takers of The Constitution*_____
_____*The United States Government*_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write " see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            *Dawer Norman*
            Street Address  *4402 Ketcham Drive*
            County, City    *Richmond*
            State & Zip Code *Virginia  23832*
            Telephone Number _____

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

RECEIVED
SEP 06 2011
PRO SE OFFICE

*Rev. 05/2010*

Part A + B see attached

| | |
|---|---|
| Bank of America | Hull street Chesterfield Virginia 238__ |
| Bank of Wachovia | midlothian Turnpike Richmond Virginia 23832 |
| Well Fargo Mortages | main street Richmond Virginia 23832 |
| Community Bank | midlothian Turnpike Richmond VA 23832 |
| World Bank | 15 Avenue of the America N.Y. NY 10013 |
| Chase Bank | 15 Avenue of americas N.Y. NY 10013 |
| Republic Bank | 59 Street New York New York 10009 |
| Captial one Bank 7 Ave | New York New York |
| Barcely Bank | 7 Ave New York New York 10009 |
| Virginia Credit Union | Chesterfield Virginia 23832 |
| Credit Union of Virginia | Broad street Richmond Virginia 2383_ |
| Gastro Intestinial Specialist | Buemo Road Richmond VA 23830 |
| Whitlow Dealership | midlothian Turnpike Richmond VA 23832 |
| Haley Dealership | midlothian Turnpike Richmond VA 23832 |
| Hyunda Dealership | midlothian Turnpike Richmond VA 2383_ |
| Honda Dealership | midlothian Turnpike Richmond VA 23832 |
| Metro Transportation | |
| Lexus Dealership | midlothian Turnpike Richmond VA 23832 |
| San Suci Nursing Home | Park Ave Yonkers New York 10701 |
| Medical College (MCV Hospital) | Broad Street Richmond VA 23832 |

Collett Corbin
Azzie Corbin
Margaret Corbin  → Hillway Lane, Yonkers New York 10701   Dunbar Ave Yonkers N.Y.
Steven Corbin
Part A+B see H Hackett

Rhoda Patnelli
Pat Patnelli  → 11 Sagebrooke Drive
              Chesterfield, Virginia 23832

Thelma Jenkins
Cythina Jenkins  → 10 Almount Place
                  Yonkers New York 10701

Betty Jackson — 17 marble Lane Yonkers New York 10701

Williametta Patnelli
Bennettoletta Patnelli  → c/o Pat Patnelli
                        11 Sagebrooke Chesterfield VA 23832

Lillie Norman
Clarence Norman  → 675 Trumpet Lane
                  Chesterfield Virginia 23832

Margaret Corbin   address unknown

Herbert Norman
Beverly Norman  → 830 Hemingwood Ave
                 Richmond Virginia 23832

Shophia Williams
Donald Williams  → 75 Heucust Ave
                  Brandermill Virginia 23832

Arsadell Randolph
Ralph Randolph  → 95 Lollipop Lane
                 Brandermill Virginia 23832

Rent Jackson
Williametta Williams  → #4 85 Walsh Road
                       Yonkers, NY 10701

Part #13 see attached

Rachel Micheles —

Isbella Hilland — c/o Isbella Hillaser Pompey Spring Road Richmond VA 23832

James Dillard — Richmond Virginia 23832

Veterans Hospital — Bronx New York New York

Ralph Bester — Lori Lane Chesterfield Virginia

Valeri Bester — Mashula Parkway Bronx N.Y.

Micheal and Cathy Lowie

Power House Realty — Home Hill Lane Hannover Virginia

Power Exit Reality —

Prudential Reality — Midlothian Turnpike Richmond Virginia

Real Reality

Columbia Pictures Inc — address unknow calafornia

Time Warner Cable — 59 Street New York N.Y.

Apple Computer Inc — 59 Street New York N.Y.

Long & Foster Reality — Midlothian Turnpike Richmond Virginia

Charles Schwartz Broker — Wall Street New York New York

Phillip Morris Inc — Jackson Ave Richmond VA 23832

Department of Social Services — Warburton Ave Yonkers N.Y.

Department of Human and animal Development

Department of Tresuary of United States — 1600 Pennsylvania Ave Washington D.C.

Department of Ethics

Part A+B see Attached

| Name | Address |
|---|---|
| Benny Randolph | unknown address |
| Mark Randolph | unknown address |
| Sharon Osbrone | address unknown |
| Osbrone | |
| Lucy Charmichel | address unknown |
| Eliton John | address unknown |
| Ricky Rickcarto | address unknown |
| Barbara Strwstand | address unknown Yonkus New York 10701 |
| ATT Communications | |
| Bouncie Williams | address unknown |
| Denia Ross | address unknown |
| Whinety Huston | address unknown |
| Neo Brown | address unknown |
| Donald Trumph | 5 Ave New York New York |
| Police Beleuurise Fund | Richmond Virginia |
| Verzion Communications | Richmond Virginia |
| Sprint Communications | Richmond Virginia |
| Time Warner Cable | 69 Street New York N.Y. |
| Channel 6 | Broad Street Richmond Virginia |
| Channel 12 | Broad midlothian Turnpike Richmond VA |
| Channel 7 | New York New York 5 Ave |

Part A + B see attached

Homeland Security Tactical Response Team — Midlothian Turnpike, Chesterfield Virginia 23832

Whoopie Goldberg
Barbara Walters
Yoko Ono
Sacks Fifth Avenue
Bergdoff Goldman

Alexandra ONE Yonkers, New York 10101
7 Ave New York New York
5 Ave New York New York 10
5 Ave New York New York 100

Howard Russell
Eddie Russell
Haley Russell
} 10 Bunker Hill Lane Sandston Virginia 23832

Veronica Norman , Richmond Virgin address unknown
Kryptlo Norman duplicate illegal } address unknown
Winston Norman duplicate illegal }
Duende Reade — , 7 Ave New York New York